**1678  VAN NORMAN vs. CENTRAL CAR & MANFG. CO., 41 M., 166.**

Mandamus not a proper remedy to compel a corporation to pay dividends which it has declared.    June 11, 1879.

**1678½  SECRETARY OF STATE vs. STATE INSURANCE COMPANY, 19 M., 392.**

To compel respondent to submit its affairs to an examination under Section 26, Laws of 1869, page 230.

Granted October 28, 1869.

Held, that where a statute imposes a specific duty, either in express terms or by a fair and reasonable implication, and there is no other specific and adequate remedy, the writ of mandamus may be granted to compel the performance of that duty.

**1679  MENDELSON vs. MENDELSON ET AL. (Directors Mendelson Mnfg. Co.), No. 13449.**

By a stockholder claiming to be the president, against the other officers and members of the board of directors, to compel

1.    The board to elect and designate some person as treasurer.

2.    The secretary and general manager to give relator access to the books and records of said company.

3.    The secretary to enter and record the proceedings of the board of directors.

4.    The board and officers to recognize relator as president.

5.    The secretary and manager to submit a statement in writing showing the actual condition of the business.

6.    The secretary and manager to deliver up to relator the bank book.

Granted June 28, 1893, with costs.